# Exhibit 3



Joel B. Rothman
Board Certified in Intellectual Property Law
Direct: 561.404.4335
joel.rothman@sriplaw.com

February 1, 2018

Admitted to Practice
Florida, New York, Georgia and the
Federal Courts of
New York
Florida
Georgia
Colorado
Texas
Arkansas
W.D. Michigan
W.D. Tennessee
Washington DC
and the U.S. Dept. of Veterans Affairs

**VIA UPS AND EMAIL:  susanpeto6@yahoo.com**
Ms. Susan Peto
Susan Peto, Individually and d/b/a Forever Living Products Florida
1704 Rodman Street
Hollywood, FL 33020

Mr. Rex G. Maughan
Ms. Ruth G. Maughan
Forever Living.com, L.L.C.
7501 East McCormick Parkway
Scottsdale, AZ 85258

Re:   **Stockfood America v. Susan Peto, Individually and d/b/a Forever Living Products Florida & Forever Living.com, L.L.C.**
       **Our File No.:  00381-0009**

Dear Ms. Peto, Mr. Maughan and Ms. Maughan,

We write on behalf of our client Stockfood America, a food image agency, for purposes of resolving a case of copyright infringement against you by our client. This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim.

Stockfood America ("Stockfood")

Our client is the world's leading food image agency.  Stockfood has a unique collection of food images, videos, features and recipes on the worldwide subject of food and drink.  Stockfood was founded in Munich, Germany by photographer Pete A. Eising.  In 1996, Stockfood founded a sales office in Kennebunk, Maine, and in 2007, in London, England.  Stockfood specialized in the art of food from the very beginning.  In addition to a renowned food photography studio, Studio Eising, the company initially offered exclusively rights-managed images.  In 2002 the offering was expanded to include royalty-free images, and in 2008 videos were added, together with an in-house production studio.

Susan Peto, Individually and d/b/a Forever Living Products Florida
February 1, 2018
Page 2

In 2011, features – complete articles including images and text – became available too. Today, an in-house editorial team can supply appropriate text of all images, videos, feature articles and recipes. Stockfood content and productions can be found in high-quality print publications, mobile apps, advertisements, books and calendars worldwide.

StockFood retains all copyrights to its photographs. StockFood licenses its copyrighted Works, such as the one in this case, for commercial use.

In 2010, Valerie Janssen created the image entitled "00692523" hereinafter referred to as the "Work".

The Work at issue is shown below.



Susan Peto, Individually and d/b/a Forever Living Products Florida
February 1, 2018
Page 3

StockFood registered the Work with the Register of Copyrights on June 10, 2013 and was assigned the registration number VA 1-434-115, a copy of which is enclosed.

*Infringement by Susan Peto, Individually and d/b/a Forever Living Products Florida and Forever Living.com, L.L.C. ("Forever Living")*
The infringement at issue was identified on March 9, 2017. We have enclosed contemporaneous evidence of the infringement by Forever Living.

You have employed our client's image in at least the manner indicated in the evidence attached. Your unauthorized use commenced on at least the date indicated above. You are fully aware that the Work you used is our client's Work. No one from your company ever sought a license from our client to use the image for any purpose.

You have copied, displayed and distributed our client's image without permission, license or consent. The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act. The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation. This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's image. Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's image, please provide us with this evidence so we may avoid further controversy or litigation. Otherwise, we will be forced to assume that your use violated the law.

*Damages*
Copyright law provides several different elements of compensation to StockFood when a work is infringed or altered. Section 504 permits StockFood to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed. StockFood can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales. StockFood's photographs are of the highest quality. StockFood's photographs are also scarce since he is one of the only sources of such quality photographs.

StockFood's damages are not limited to what it would have agreed to license the Work for prior to the infringement. Rather, StockFood's actual damages will be measured by the fair market value of the photograph considering Forever Living's use to sell and promote its business. StockFood's actual damages must be measured in light of Forever Living's use of StockFood's high quality and unique photograph.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement. See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001). The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs. See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016). In addition, StockFood can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits StockFood to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, StockFood will also be entitled to Forever Living's profits from the infringement, based upon the revenue Forever Living earned in connection with the use of StockFood's photograph.

Alternatively, StockFood could seek statutory damages for infringement in an amount of up to $30,000 per work infringed. There is also the possibility that a judge or jury could determine that Forever Living's infringement was willful. If Forever Living's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

*Demand*
In order to determine how to proceed, please provide us with information and documents showing:

1. the full nature and extent of the use of our client's image, in any and all formats;

2. representative copies in any and all tangible form and media in which our client's image was incorporated or employed; and

3. the source of the image;

Susan Peto, Individually and d/b/a Forever Living Products Florida
February 1, 2018
Page 5

Upon receipt of this information we will consider and determine an appropriate amount of compensation required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers. If we do not receive a response from you or a representative by February 15, 2018, we will take further steps to protect our client's rights. We look forward to your prompt response.

Sincerely,

Schneider Rothman Intellectual Property Law Group, PLLC

Joel B. Rothman
Board Certified in Intellectual Property Law

JBR/jcj
Enclosures

**Additional Certificate (17 U.S.C. 706)**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Form VA**
For a Work of the Visual Arts

**VA 1-434-115**

EFFECTIVE DATE OF REGISTRATION

Month: 6   Day: 10   Year: 2013

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼: Group Registration for Automated Database
NATURE OF THIS WORK ▼: Digital Images & Compilation Database

PREVIOUS OR ALTERNATIVE TITLES ▼: titled Stockfood America published Quarterly from 7/1/10 - 9/30/10

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** 
a  NAME OF AUTHOR ▼: Stockfood America
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼: NA

WAS THIS CONTRIBUTION TO THE WORK A "WORK MADE FOR HIRE"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
     { Domiciled in Maine

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Compilation of photographs

b  NAME OF AUTHOR ▼: See contribution forms
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

WAS THIS CONTRIBUTION TO THE WORK A "WORK MADE FOR HIRE"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**
a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
Year ▶ 2010
This information must be given in all cases.

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 9   Day ▶ 30   Year ▶ 2010
Nation ▶

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Stockfood America
109 Lafayette Center Kennebunk ME 04043

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By contract

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 31 pages

\*Amended by C.O. from application and deposit.

EXAMINED BY KJL

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

\* previously published database

**6** a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

far new photographs
new compilation of photographs

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Shannon Mahoney
Stockfood America
109 Lafayette Ctr., Kennebunk, ME 04043

Area code and daytime telephone number  (207)967-5776        Fax number  ✗

Email  Shannon.mahoney@stockfood.com

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Stockfood America

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Deborah A. Free        Date 5/29/13

Handwritten signature (X) ▼
X Deborah Free

Certificate will be mailed in window envelope to this address:

Name ▼
Stockfood America/Shannon Mahoney
Number/Street/Apt ▼
109 Lafayette Ctr
City/State/Zip ▼
Kennebunk, ME 04043

**9**

\*17 U.S.C §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA-Full Rev 05/2012  Print 05/2012-8,000  Printed on recycled paper        U.S. Government Printing Office 2012-372-482 80,911

All of these recipes can be modified to taste and may be used with Forever Lite Ultra or regular Forever Lite powder. Soy milk or water may be substituted for skim milk. For optimum nutritional benefits, use fresh instead of frozen fruit or fruit flavoring extracts; add Forever Bee Honey as an excellent sweetener. All calorie totals are approximate.

## Nutritional Berry Strawberry Shake with Lite Ultra:

1 scoop Vanilla Lite Ultra
6 oz. natural sparkling mineral water
4-6 strawberries
Crushed ice
Blend until smooth
140 calories



## Natural Colada shake with Aminotein:

1 scoop Vanilla Lite Ultra
10 oz. skim milk
½ tsp. coconut extract
½ tsp. rum extract
½ tsp. Forever Bee Honey
Crushed ice
Blend until smooth
235 calories



See More Forever Lite Ultra Shake Recipes.

## ORDER / Your Ultra Shake on Forever Aloe Vera products Online Store.



**Joel B. Rothman**
Board Certified in Intellectual Property Law

Direct: 561.404.4335
joel.rothman@sriplaw.com

February 1, 2018

Admitted to Practice
Florida, New York, Georgia and the
Federal Courts of
New York
Florida
Georgia
Colorado
Texas
Arkansas
W.D. Michigan
W.D. Tennessee
Washington DC
and the U.S. Dept. of Veterans Affairs

**VIA UPS AND EMAIL:   susanpeto6@yahoo.com**
Ms. Susan Peto
Susan Peto, Individually and d/b/a Forever Living Products Florida
1704 Rodman Street
Hollywood, FL 33020

Re:   Stockfood America v. Susan Peto, Individually and d/b/a Forever Living
      Products Florida & Forever Living.com, L.L.C.
      Our File No.:  00381-0009

Dear Ms. Peto,

We write pursuant to § 627.4137, Florida Statutes, to demand a response with insurance information for each known policy of liability insurance your clients may have that may provide coverage for all or a portion of our client's claims in this matter:

(a) The name of the insurer.

(b) The name of each insured.

(c) The limits of the liability coverage.

(d) A statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement, and

(e) A copy of the policy.

Thank you in advance for your anticipated cooperation.

Sincerely,

**Schneider Rothman Intellectual Property Law Group, PLLC**

Joel B. Rothman
JBR/jcj



**Joel B. Rothman**
Board Certified in Intellectual Property Law

Direct: 561.404.4335
joel.rothman@sriplaw.com

May 3, 2018

Admitted to Practice
Florida, New York, Georgia and the
Federal Courts of
New York
Florida
Georgia
Colorado
Texas
Arkansas
W.D. Michigan
W.D. Tennessee
Washington DC
and the U.S. Dept. of Veterans Affairs

**VIA EMAIL:   susanpeto6@yahoo.com**
Ms. Susan Peto
Susan Peto, Individually and d/b/a Forever Living Products Florida
1704 Rodman Street
Hollywood, FL 33020

**Re:   Stockfood America v. Susan Peto, Individually and d/b/a Forever Living Products Florida & Forever Living.com, L.L.C.**
**        Our File No.:  00381-0009**

Dear Ms. Peto,

We write this follow up letter on behalf of our client Stockfood America, for the purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated February 1, 2018, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement has been removed.  However, this does not dispose of our client's claim.  It is imperative that you respond to us.  If we do not hear back from you, we will be forced to take further steps to protect our client's rights including by filing a lawsuit against you.  We also repeat our demand that you tender this claim to your insurance carrier.  We look forward to your prompt response.

Sincerely,

**Schneider Rothman Intellectual Property Law Group, PLLC**

Joel B. Rothman
Board Certified in Intellectual Property Law
JBR/jcj
Enclosure